**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                   NO. 4:12CR00014-022  SWW

MICHAEL WATKINS                                                                 DEFENDANT

**ORDER**

The above entitled cause came on for hearing June 17, 2014 on government's petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the petition to revoke probation [doc #650] is **granted** and the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **NINE (9) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in a facility in Texarkana, TX; and that defendant participate in  substance abuse treatment during incarceration.

There will be **TWO (2) YEARS** of supervised release to follow.  All standard conditions of supervision will apply.   In addition, the Court modifies the conditions of supervised release as follows:

1. The defendant shall abstain from the use of alcohol throughout the term of supervised release.  All other conditions of supervised release previously imposed in the Judgment and Commitment entered June 4, 2014 [doc #594] remain in full force and effect.

    2.    The defendant shall participate in and complete the U. S. Probation Office's substance abuse driven Moral Reconation Therapy program.

All other conditions of supervised release previously imposed in the Judgment and Commitment entered June 4, 2014 [doc #594] remain in full force and effect.

The defendant is remanded to custody.

IT IS SO ORDERED this 18th day of June 2014.

                                            /s/Susan Webber Wright

                                            United States District Judge